**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RODNEY A. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CV-1632-CMS |
| | ) | |
| LINCOLN COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. Plaintiff filed a *pro se* Complaint in this matter but has not paid the required filing fee. See 28 U.S.C. § 1914(a), (b). Plaintiff currently is a "prisoner" as that term is defined under 28 U.S.C. § 1915(h). Because Plaintiff has previously filed at least three other actions[1] deemed by the Court as frivolous or malicious, or otherwise failing to state a claim upon which relief may be granted, Plaintiff cannot proceed with this instant action unless and until he prepays the entire $405 filing fee. 28 U.S.C. § 1915(g); *see also Gonzalez v. United States*, 23 F.4th 788, 789 (8th Cir.) ("After three strikes, a litigant loses the right to sue without prepaying the filing fee.").[2]

Plaintiff shall prepay the entire filing fee of $405 in full on or before **Friday, November 27, 2026**, or the Court will dismiss this action without prejudice and without further notice.

---

[1] *See Campbell v. Campanga*, 4:25-cv-1901-JMB, ECF No. 6 (E.D. Mo. Feb. 18, 2026); *Campbell v. St. Charles Cnty. Jail*, 4:26-cv-00152-HEA, ECF No. 5 (E.D. Mo. Feb. 18, 2026); *Campbell v. Madison Cnty. Jail*, 4:26-cv-0165-RHH, ECF No. 6 (E.D. Mo. Mar. 30, 2026); *Campbell v. St. Charles Cnty. Jail*, 4:25-cv-1902-ACL, ECF No. 5 (E.D. Mo. May 5, 2026); *Campbell v. St. Clair Cnty. Jail*, 4:26-cv-0065-MTS, ECF No. 13 (E.D. Mo. May 11, 2026).

[2] Plaintiff's Complaint does not, in any way, show he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall prepay the entire filing fee of $405 in full on or before **Friday, November 27, 2026**. If Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

So ordered this 13th day of November 2026.

**CRISTIAN M. STEVENS**
**UNITED STATES DISTRICT JUDGE**